**In re Allah BURMAN, a/k/a A, Petitioner.**

No. 09–2388.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 4, 2010.

Allah Burman, Petitioner Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allah Burman petitions for an original writ of habeas corpus, alleging errors in his criminal trial and challenging the constitutionality of his sentence. This court ordinarily declines to entertain original habeas petitions filed under 28 U.S.C. § 2241 (2006), and this case provides no reason to depart from the general rule. Moreover, we find that the interests of justice would not be served in transferring the case to the district court. *See* 28 U.S.C. § 1631 (2006); Fed. R.App. P. 22(a). Accordingly, although we grant Burman's motion to amend the petition and grant leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

---

* The amount of attorneys' fees to be awarded has yet to be determined by the district court.

fore the court and argument would not aid the decisional process.

*PETITION DENIED.*

Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.,* 503 F.3d 351, 353 (4th Cir.2007). The relief sought by Williams is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*